UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO APPLE ACCOUNTS | **UNDER SEAL**<br><br>No. 23 M 60075<br>No. 17 GJ 172<br><br>Chief Judge<br>Rebecca R. Pallmeyer |

### ORDER TO APPLE INC.

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, has submitted an application pursuant to Title 18, United States Code, Section 2705(b), requesting that the Court extend an Order commanding Apple Inc., an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the accounts listed in the Order) of the existence of the Order issued by this Court on November 26, 2019, except as provided below.

The Court determines that there is reason to believe that notification of the existence of the November 26, 2019 Order will seriously jeopardize the investigation, including by causing flight from prosecution, causing the destruction of or tampering with evidence, causing the intimidation of potential witnesses, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under Title 18, United States Code, Section 2705(b) that Apple Inc. shall not disclose the existence of the Order issued by this Court on November 26, 2019, or this Order of the Court, to the listed subscriber or to

1

any other person, unless and until June 13, 2023, except that Apple Inc. may disclose the aforementioned Orders to an attorney for Apple Inc. for the purpose of receiving legal advice. The attached Order does not prevent Apple Inc. from inquiring whether the nondisclosure provisions of the November 26, 2019 Order remain in effect.

IT IS FURTHER ORDERED that the application and this Order are sealed until June 13, 2023. The United States may serve this Order on Apple Inc.

ENTER:

*[signature]*
REBECCA R. PALLMEYER
Chief Judge
United States District Court
Northern District of Illinois

Date: May 4, 2023